Electronically Filed - Cape Girardeau (Jackson) - August 21, 2026 - 02:16 PM

**IN THE CIRCUIT COURT OF CAPE GIRARDEAU COUNTY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| MRV BANKS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS ALLEN WUCHERER, | ) | |
| | ) | |
| Serve: 48 Panorama Crest Ave.<br>Las Vegas, Nevada 89135-7831 | )<br>) | |
| | ) | |
| Defendant. | ) | |

## VERIFIED PETITION FOR BREACH OF GUARANTY

Plaintiff MRV Banks, for its Verified Petition for Breach of Guaranty against Defendant Thomas Allen Wucherer, states as follows:

## PARTIES, JURISDICTION AND VENUE

1. Plaintiff MRV Banks ("MRV") is an independent locally owned community bank headquartered in Ste. Genevieve, Missouri, with branch offices in Cape Girardeau, Missouri.

2. Defendant Thomas Allen Wucherer ("Wucherer") is a natural person who resides in Las Vegas, Nevada.

3. This Court has subject-matter jurisdiction over this action under Article V, Section 14(a) of the Missouri Constitution and Mo. Rev. Stat. § 478.070.

4. This Court has personal jurisdiction over Wucherer under Mo. Rev. § 506.500.1 because the claims in this action arise from one or more contracts that he entered into in the State of Missouri.

Electronically Filed - Cape Girardeau (Jackson) - August 21, 2026 - 02:16 PM

5. This Court also has personal jurisdiction over Wucherer because he has substantial, continuous, and systematic contacts with the State of Missouri.

6. Venue is proper in this Court pursuant to Mo. Rev. Stat. § 508.010(4).

## GENERAL ALLEGATIONS

### THE LOAN

7. On March 17, 2023, MRV and DTH 215 Venture, LLC ("DTH Venture"), Legacy Henderson QOF, LLC ("Legacy Henderson") and DTH 215 Development, LLC ("DTH Development)", as Borrowers, and Sixty West Development, LLC ("Sixty West"), as Hypothecator, entered into a Business Loan Agreement ("Loan Agreement") attached hereto and incorporated by reference as **Exhibit 1**.

8. On or about March 17, 2023, DTH Venture, Legacy Henderson and DTH Development entered into a Commercial Promissory Note in favor of MRV in the principal sum of $3,000,000.00 ("Note") with a maturity date of April 5, 2024. The Note is attached hereto and incorporated by reference as **Exhibit 2**.

9. On March 17, 2023, DTH Venture, DTH Development and Sixty West entered into a Commercial Security Agreement ("Security Agreement – Assignment of Development Fee") in favor of MRV relative to an Assignment of Development Fee attached hereto and incorporated by reference as **Exhibit 3**.

10. On March 17, 2023 DTH Development and Legacy Henderson executed a Commercial Security Agreement ("Security Agreement – General Intangibles") in favor of MRV relative to General Intangibles attached hereto and incorporated by reference as **Exhibit 4**.

Electronically Filed - Cape Girardeau (Jackson) - August 21, 2026 - 02:16 PM

11. In accordance with the Loan Agreement, and in exchange for the Note, MRV loaned the sum of $3,000,000.00 ("Loan") to DTH Venture, Legacy Henderson and DTH Development.

12. The Security Agreement – Assignment of Development Fee and the Security Agreement – General Intangibles conveyed a security interest in those assets to secure the Note and all other obligations, debts and liabilities owed to MRV.

13. On November 10, 2023, MRV and Legacy Henderson and DTH Development, as Borrowers, and Sixty West and DTH Venture, as Hypothecators, entered into a Modified Loan Agreement ("Modification") attached hereto and incorporated by reference as **Exhibit 5.**

14. On November 10, 2023, Legacy Henderson and DTH Development, as Borrowers, entered into a Change in Terms Agreement ("COT Agreement") attached hereto and incorporated by reference as **Exhibit 6**. At the time of execution of the COT Agreement, the remaining balance due and/or existing debt on the original principal amount of the Loan was $2,678,306.27 with a maturity date of April 5, 2024.

**THE GUARANTY**

15. On March 17, 2023, Wucherer executed the Guaranty of Specific Transaction ("Guaranty") attached hereto and incorporated by reference as **Exhibit 7**.

16. In the Guaranty, Wucherer unconditionally, absolutely, and irrevocably guaranteed MRV the full and prompt payment and performance when due (whether at the maturity date or required prepayment, acceleration, or otherwise) of all indebtedness and

Electronically Filed - Cape Girardeau (Jackson) - August 21, 2026 - 02:16 PM

obligations to MRV in the principal amount of $3,000,000.00, plus interest, charges and fees provided for, including all extensions and renewals thereof, until MRV is fully paid.

17. Further, Wucherer agreed, to the extent permitted by law, to pay any and all expenses incurred in enforcing any rights under the Guaranty, including reasonable attorneys' fees, court costs and expenses.

18. The Loan Agreement, Note, Security Agreements, Modification and the Guaranty, and any and all other documents executed and delivered and/or related in any manner to the Loans are collectively referred to herein as the "Loan Documents."

19. On or about June 5, 2024, DTH Venture filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the District of Nevada under Case Number 2:24-bk-12829-nmc.

**DEFAULTS**

20. Legacy Henderson and DTH Development, as Borrowers, defaulted under the Loan Documents by failing to make payments when due. In addition, DTH Venture, as Hypothecator, defaulted under the Loan Documents by filing a petition under federal bankruptcy law and was not discharged within thirty days after the filing.

21. On August 21, 2026, MRV notified Thomas Allen Wucherer by the letter attached hereto and incorporated by reference as **Exhibit 8** (the "Default Letter") of the default under Loan Documents and demanded immediate payment.

22. The Note entitles MRV to collect interest.

23. As of August 21, 2026, the debt owed on the Loan is $3,325,152.95, consisting of (a) $2,643,839.44 in principal; (b) $544,272.02 in accrued interest; (c)

Electronically Filed - Cape Girardeau (Jackson) - August 21, 2026 - 02:16 PM

$2,146.00 in fees; and (d) $134,895.49 in late charges. Interest continues to accrue on the Loan at $624.24 per diem.

24. MRV has reasonably incurred, and is continuing to incur expenses for legal services to protect its interests relating to the Loan.

25. Additionally, interest shall continue to accrue on the unpaid principal balance of the Loan under the terms of the Loan Documents until the unpaid principal balance is fully repaid.

26. MRV incorporates by reference the contents of each Exhibit to this Verified Petition as though those Exhibits were set forth fully in this petition.

**COUNT I – BREACH OF GUARANTY**

27. MRV incorporates by reference the preceding paragraphs of this Verified Petition as if fully set forth herein.

28. Wucherer gave the Guaranty to induce MRV to loan the sum of $3,000,000.00.

29. In the Guaranty, Wucherer absolutely, unconditionally and irrevocably guaranteed the payment and performance of indebtedness and obligations to MRV.

30. Wucherer delivered the Guaranty to MRV.

31. Relying on the Guaranty, MRV made the Loan of $3,000,000.00.

32. Wucherer did not make payments on the Loan when due.

33. By failing to make payments on the Loan when due, Wucherer materially breached the Guaranty.

Electronically Filed - Cape Girardeau (Jackson) - August 21, 2026 - 02:16 PM

34. As a result of the material breaches of the Guaranty, MRV suffered damages, including the loss of the principal that it lent, interest on that money, and expenses that MRV incurred to recover those amounts, including but not limited to, attorneys' fees.

35. MRV has met all conditions precedent under the Guaranty.

WHEREFORE, Plaintiff MRV Banks respectfully requests that this Court enter judgment in its favor and against Defendant Thomas Allen Wucherer, for (a) $3,325,152.95; (b) interest that continues to accrue on the principal balances of the Loan; (c) expenses including, without limitation, reasonable attorneys' fees and expenses, relating to the Loan that MRV Banks has incurred and will incur to protect or enforce its rights relating to the Loan; (d) any other amounts that Wucherer is obligated to pay MRV; (e) pre-judgment interest and post-judgment interest as permitted by law, as well as any other relief that the Court deems just and proper under the circumstances.

Electronically Filed - Cape Girardeau (Jackson) - August 21, 2026 - 02:16 PM

Respectfully submitted,

SPENCER FANE LLP

By: */s/ Timothy J. Ahrenhoersterbaeumer*
Timothy J. Ahrenhoersterbaeumer #55136
Kate Daus #77927
1 N. Brentwood, Suite 1200
St. Louis, Missouri 63105
(314) 863-7733 (telephone)
(314) 862-4656 (facsimile)
tahrenhoersterbaumer@spencerfane.com
kdaus@spencerfane.com

*Attorneys for Plaintiff MRV Banks*

**VERIFICATION**

STATE OF MISSOURI )
) ss.
COUNTY OF CAPE GIRARDEAU )

I, Jeremy W. Schlosser, an officer of MRV Banks, have personal knowledge of the facts alleged in the foregoing petition, and to the best of my knowledge, information and belief those facts are true.

Jeremy W. Schlosser
Senior Vice President of Private Banking

Subscribed and sworn before me, a notary public in and for the county that is identified above, on 21st, August, 2026.

Notary Public

My commission expires:
8-5-28

LESLIE A. BROOKS
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES AUGUST 5, 2028
CAPE GIRARDEAU COUNTY
COMMISSION #20664069



SL 7847461.2